| | |
|---|---|
| 1  Michael L. Mallow, SBN 188745<br>   mmallow@sidley.com<br>2  Rachel A. Straus, SBN 268836<br>   rstraus@sidley.com<br>3  SIDLEY AUSTIN LLP<br>   555 West Fifth Street, Suite 4000<br>4  Los Angeles, CA  90013<br>   Tel. (213) 896-6000<br>5<br>6  Eric S. Mattson (admitted *pro hac vice*)<br>   SIDLEY AUSTIN LLP<br>   One South Dearborn<br>7  Chicago, IL 60603<br>   Tel. (312) 853-7000<br>8<br>9  *Attorneys for Defendant*<br>   *American Honda Motor Co., Inc.*<br>10 David C. Parisi, SBN 162248<br>    dcparisi@parisihavens.com<br>11 Suzanne Havens Beckman, SBN 188814<br>    shavens@parisihavens.com<br>12 PARISI & HAVENS LLP<br>    212 Marine Street, Suite 100<br>13 Santa Monica, CA  90405<br>    Tel. (818) 990-1299<br>14<br>15 Evan M. Meyers (admitted *pro hac vice)*<br>    Emeyers@mcgpc.com<br>    MCGUIRE LAW, P.C.<br>16 55 W. Wacker Drive, 9th Fl.<br>    Chicago, IL  60601<br>17 Tel. (312) 893-7002<br>18 *Attorneys for Plaintiff* | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>**03/29/16**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___GR___ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>           Defendant. | Case No. 15CV04410-CBM-RAO<br><br>Assigned to: Hon. Consuelo B. Marshall<br><br>**PROTECTIVE ORDER** |

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation between Defendant and Plaintiff is hereby entered as the order of the Court and will be binding on the parties and signatories to **Exhibit "A"** of the Stipulation.

**IT IS SO ORDERED.**

DATED: March 29, 2016

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE