David C. Parisi (SB #162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SB #188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

*Attorneys for Plaintiff and the putative class*
[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation, and J.D. POWER AND ASSOCIATES, a Delaware corporation,<br><br>    *Defendants*. | Case No. 2:15-cv-04410-CBM-RAO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: March 14, 2017<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 14, 2017 at 10:00 a.m., or as soon thereafter as this matter may be heard, Plaintiff shall appear before the Honorable Consuelo B. Marshall, or any judge sitting in that judge's stead, in the United States District Court for the Central District of California, Courtroom 8B, 350 W. First Street, Los Angeles, California 90012, for a hearing on Plaintiff's Motion for Class

Certification. This Motion is made on the grounds that Plaintiff's proposed class, as defined in the accompanying memorandum of points and authorities, meets the requirements for maintenance of a class action under Federal Rule of Civil Procedure 23, and this case should therefore proceed as a class action pursuant to Fed. R. Civ. P. 23(a) and (b).

This Motion is based on this Notice of Motion and Motion, an accompanying memorandum of points and authorities, the declarations and exhibits attached thereto and/or filed contemporaneously therewith, any other filings in this matter or documents in the record, and any evidence or argument that may be presented at or before the hearing on this Motion. This Motion is made following the conference of counsel, pursuant to L.R. 7-3, which took place on January 11, 2017.

Dated:  January 18, 2017                           Respectfully submitted,

                                                                    SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals

                                                                    By: /s/ Evan M. Meyers
                                                                    One of Plaintiff's Attorneys

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
Paul T. Geske (*pro hac vice* to be filed)
pgeske@mcgpc.com

1  MCGUIRE LAW, P.C.
2  55 W. Wacker Drive, 9th Fl.
   Chicago, IL 60601
3  Tel: (312) 893-7002
4
   *Attorneys for Plaintiff and the putative class*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I, Evan M. Meyers, certify that on January 18, 2017, I filed the foregoing *Plaintiff's Notice of Motion and Motion for Class Certification* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Michael L. Mallow
Mmallow@Sidley.com
Rachel A. Straus
Rstraus@Sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013

Eric S. Mattson
emattson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Justin Penn
jpenn@hinshawlaw.com
Paul Rodriguez
prodriguez@mail.hinshaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601

/s/ Evan M. Meyers