David C. Parisi (SB #162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SB #188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

*Attorneys for Plaintiff and the putative class*
[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation, and J.D. POWER AND ASSOCIATES, a Delaware corporation,<br><br>*Defendants*. | Case No. 2:15-cv-04410-CBM-RAO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: August 15, 2017<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

TO THE COURT AND DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 15, 2017 at 10:00 a.m., or as soon thereafter as this matter may be heard, Plaintiff shall appear before the Honorable Consuelo B. Marshall, or any judge sitting in that judge's stead, in the United States District Court for the Central District of California, Courtroom 8B, 350 W. First Street, Los Angeles, California 90012, for a hearing on Plaintiff's Motion for

Plf's Notice of Motion and
Motion for Reconsideration of Order
Denying Mot. for Class Cert.                    1                    Case No. 15-cv-04410-CBM-RAO

Reconsideration of Order Denying Plaintiff's Motion for Class Certification. This Motion is made on the grounds that the Court committed clear error by relying on the wrong standard of law in determining that consent disclosures produced by Defendants were clear and conspicuous and otherwise compliant with the Telephone Consumer Protection Act ("TCPA") and its related telemarketing regulations; that the Court relied on erroneous evidence of consent in denying certification; and that the Court erroneously failed to consider material facts contained in evidence presented to the Court.

      This Motion is based on this Notice of Motion and Motion, an accompanying memorandum of points and authorities, the exhibits attached thereto and/or filed contemporaneously therewith, any other filings in this matter or documents in the record, and any evidence or argument that may be presented at or before the hearing on this Motion. This Motion is made following the conference of counsel, pursuant to L.R. 7-3, which took place on July 6, 2017.

Dated: July 13, 2017

Respectfully submitted,

SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals

By: /s/ *Paul T. Geske*
One of Plaintiff's Attorneys

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

Plf's Notice of Motion and
Motion for Reconsideration of Order
Denying Mot. for Class Cert.

2

Case No. 15-cv-04410-CBM-RAO

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
Paul T. Geske (*pro hac vice*)
pgeske@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff*

Plf's Notice of Motion and
Motion for Reconsideration of Order
Denying Mot. for Class Cert.

3

Case No. 15-cv-04410-CBM-RAO

# CERTIFICATE OF SERVICE

I, Paul T. Geske, certify that on July 13, 2017, I filed the foregoing *Plaintiff's Notice of Motion and Motion for Reconsideration of Order Denying Plaintiff's Motion for Class Certification* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Michael L. Mallow
Mmallow@Sidley.com
Rachel A. Straus
Rstraus@Sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013

Eric S. Mattson
emattson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Justin Penn
jpenn@hinshawlaw.com
Paul Rodriguez
prodriguez@mail.hinshaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601

/s/ *Paul T. Geske*