1  Michael L. Mallow
   Mmallow@Sidley.com
2  Rachel A. Straus
   Rstraus@Sidley.com
3  Sidley Austin LLP
4  555 W. Fifth Street, Suite 4000
5  Los Angeles, CA 90013

6  *Attorneys for Defendant American Honda Motor Co., Inc.*

7

8  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
9  Suzanne Havens Beckman (SBN 188814)
   shavens@parisihavens.com
10 Parisi & Havens LLP
11 212 Marine Street, Ste. 100
12 Santa Monica, CA 90405

13 *Attorneys for Plaintiff*

14 [Additional counsel appear on signature page]

15          IN THE UNITED STATES DISTRICT COURT
16        FOR THE CENTRAL DISTRICT OF CALIFORNIA

17 | SAMUEL KATZ, individually and on behalf of a class of similarly situated individuals, | ) ) ) | No. 15-cv-04410-CBM-RAO |
|---|---|---|
| | ) ) ) | **STIPULATION OF CASE DISMISSAL** |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Hon. Consuelo B. Marshall |
| | ) | Magistrate Judge Rozella Oliver |
| AMERICAN HONDA MOTOR CO., INC., a California corporation, and J.D. POWER AND ASSOCIATES, a Delaware corporation, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Samuel Katz
2 and Defendants American Honda Motor Co., Inc. and J.D. Power and
3 Associates, through their undersigned counsel, that pursuant to Federal Rule of
4 Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to
5 Plaintiff's individual claims against Defendants and without prejudice as to the
6 claims, if any, of the members of the putative class.

7  **IT IS SO STIPULATED.**

9 Dated: April 25, 2018         SIDLEY AUSTIN LLP
                                By: /s/ Michael L. Mallow
                                Michael L. Mallow
                                *Attorneys for Defendant American Honda Motor Co., Inc.*

13 Dated: April 25, 2018         HINSHAW & CULBERTSON LLP
                                By: /s/ Justin M. Penn
                                Justin M. Penn
                                *Attorneys for Defendant J.D. Power and Associates*

17 Dated: April 25, 2018         MCGUIRE LAW, P.C.
                                By: /s/ Evan M. Meyers
                                Evan M. Meyers
                                *Attorneys for Plaintiff Samuel Katz*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I electronically filed the foregoing *Stipulation of Case Dismissal* with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's system, and notice of the filing will be sent to all counsel of record.

/s/ Evan M. Meyers